FILED
IN OPEN COURT

MAR - 2 2011

CLERK, U S DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 1:11cr27 |
| | ) | |
| TYRONE COLLINGTON, JR., | ) | |
| | ) | |
| Defendant. | ) | |

## STATEMENT OF FACTS

The parties stipulate that the allegations in Count Three of the Indictment and the following facts are true and correct, and that had the matter gone to trial the United States would have proven them beyond a reasonable doubt.

1. On June 24, 2010, at approximately 9:45 p.m., TYRONE COLLINGTON, JR. and Deonta Smith arrived at the University Mall shopping center on Braddock Road, Fairfax, Virginia, within the Eastern District of Virginia. They were driving a black Honda Civic and parked the Honda Civic next to a 2007 BMW M6. Sometime later, the owner of the BMW ("Victim #1") and a friend walked to Victim #1's BMW, and were talking outside the vehicle.

2. COLLINGTON exited the Honda Civic, brandished a High Point .40 caliber semi-automatic gun, racked the slide on the gun, pointed it at Victim #1, and demanded the keys to Victim #1's BMW. Victim #1 told COLLINGTON that the keys were already in the vehicle. At this point, Victim #1's friend fled the scene. Smith, who was still seated in the Honda, yelled at Victim #1's friend words to the effect of "Hey, where are you going? Get back here." However, the friend continued to run.

1

3. Meanwhile, COLLINGTON entered and attempted to start the BMW. Smith yelled to Collington words to the effect of "Hurry up." Unable to successfully engage the vehicle, COLLINGTON took Victim #1's cell phone from the vehicle and fled into the waiting black Honda Civic. COLLINGTON and Smith then sped away.

4. After COLLINGTON and Smith drove away, Victim #1 borrowed a phone, called 911, then entered his BMW and began to follow the Honda Civic, which was traveling eastbound on Braddock Road. A Virginia State Police trooper observed the BMW traveling at a high rate of speed, activated his emergency lights, and attempted to pursue it. Victim #1 stopped on the road and motioned for the trooper to follow the Honda Civic. COLLINGTON and Smith fled from the trooper and lost him by crossing eight lanes of traffic on Braddock Road.

5. COLLINGTON and Smith abandoned the Honda Civic on Ashley Manor Drive in Fairfax, Virginia. Fairfax County Police officers recovered the Honda Civic a short time later. COLLINGTON and Smith had fled the area on foot and called a third party, who took them home.

6. After the Fairfax County Police recovered the Honda Civic, the vehicle was towed to a Fairfax County Police station for processing. During the processing and search of the Honda Civic, officers recovered numerous latent prints belonging to COLLINGTON and Smith.

7. The 2007 BMW M6 was manufactured in Germany, and Maryland was its original point of entry into the United States.

8. The acts taken by the defendant in furtherance of the offense charged in this case, including the acts described above, were done willfully and knowingly with the specific intent to violate the law.

Respectfully submitted,

Neil H. MacBride
United States Attorney

By: *(signature)*
Patricia T. Giles
Justin E. Fairfax
Assistant United States Attorneys

After consulting with my attorney and pursuant to the plea agreement entered into this day between the defendant, TYRONE COLLINGTON, JR., and the United States, I hereby stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

*(signature)*
Tyrone Collington, Jr.

I am Tyrone Collington, Jr.'s attorney. I have carefully reviewed the above Statement of Facts with him. To my knowledge, his decision to stipulate to these facts is an informed and voluntary one.

*(signature)*
Drewry B. Hutcheson, Jr., Esquire
Attorney for Tyrone Collington, Jr.